# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VEGAS OVERNIGHT, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Appellant,<br>vs.<br>VADATECH, INC., A NEVADA CORPORATION,<br>Respondent. | No. 72097<br><br>**FILED**<br><br>MAR 2 3 2018 |

*ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Elissa F. Cadish, District Judge
     Ara H. Shirinian, Settlement Judge
     Lewis Roca Rothgerber Christie LLP/Las Vegas
     Law Offices of John Benedict
     Eighth District Court Clerk

18-11347